IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Paul W. Nolan** <br> Suite 316, The Rotunda <br> 711 West 40th Street <br> Baltimore, MD 21211 <br> Baltimore City <br><br> Plaintiff <br><br> vs. <br><br><br> **Michael J. Astrue,** <br> **Commissioner of** <br> **Social Security** <br> 6401 Security Blvd. <br> Baltimore, MD 21235 <br><br> Defendant | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | <br><br><br><br><br><br><br><br><br> CIVIL ACTION NO. _____ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**COMPLAINT FOR A WRIT OF MANDAMUS**

**COUNT I**

1. This count asks the Court to issue a Writ of Mandamus directed to the Commissioner of Social Security ordering him to certify for payment an attorney fee owed to the plaintiff.

2. This Court's jurisdiction over this action is based upon 28 U.S.C. §1361.

3. Defendant is sued in his official capacity as the Commissioner of Social Security.

4. Plaintiff is a resident and citizen of the State of Maryland. He is a member in good standing of the bar of the State of Maryland and of the bar of this Court.

5. Plaintiff successfully represented Kimberly A. Fretwell before the Office of Disability Adjudication and Review of the Social Security Administration. The Administrative Law Judge approved the plaintiff's Fee Agreement with Ms. Fretwell. Plaintiff's Exhibit 1.  Ms. Fretwell has not objected to the fee.

6. 42 U.S.C. §406(a)(4) imposes upon the Defendant the non-discretionary duty to certify for payment out of Ms. Fretwell's past-due benefits the plaintiff's attorney fee.

7. Despite repeated requests, Defendant has wrongfully refused to certify for payment the attorney fee owed to the plaintiff.

**WHEREFORE,** Plaintiff requests this Honorable Court to

A. To issue a Writ of Mandamus directed to the Defendant ordering him to comply with 42 U.S.C. §406(a)(4) and to certify for payment out of Kimberly A. Fretwell's past-due benefits his attorney fee;

B. To award him attorney fees and court costs incurred in bringing this action; and

C. To award him such other and further relief as the Court deems appropriate.

**Count II**

8. This Count requests the Court to issue a Writ of Mandamus directed to the Commissioner of Social Security ordering him to approve the Fee Agreement between the Plaintiff and one of his clients.

9. The Plaintiff incorporates by reference the allegations set forth in paragraphs 2-4 of Count I of this Complaint.

10. The plaintiff successfully represented Cheryl F. Penick in pursuing a claim for disability insurance benefits from the Social Security Administration. Before the decision was made, the Plaintiff submitted to the agency a Fee Agreement signed by Ms. Penick and him in conformity with 42 U.S.C. §406(a)(2)(A). Plaintiff's Exhibit 2. Pursuant to that statutory provision, the Defendant was required to approve the Fee Agreement at the time the favorable determination was made.

11. The Defendant has refused to either approve or disapprove the Fee Agreement. Instead, he has instructed the Plaintiff to file a fee petition without making any reference at all to the Fee Agreement filed by the Plaintiff. Plaintiff's Exhibit 3.

**WHEREFORE,** Plaintiff requests this Honorable Court to

A. To issue a Writ of Mandamus directed to the Defendant ordering him to comply with 42 U.S.C. §406(a)(2)(A) and to

approve the Fee Agreement between the Plaintiff and Cheryl Penick.

    B. To award him attorney fees and court costs incurred in bringing this action; and

    C. To award him such other and further relief as the Court deems appropriate.

                                            Respectfully submitted,

                                            _____/s/_____
                                            Paul W. Nolan
                                            Trial Bar No. 00091
                                            PO Box 512
                                            Phoenix, MD 21131
                                            410-889-8677
                                            paul@paulwnolan.com
                                            Attorney Pro Se

Date: February 18, 2011